# United States District Court
# Central District of California

| | |
|---|---|
| HYUP SUNG T.R.D., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>CAVALINI, INC.; ROSS STORES, INC.; STYLES FOR LESS, INC.; and DOES 1–10, <br><br>　　　　　Defendants. | Case No. 2:15-cv-07233-ODW(JPRx) <br><br> **ORDER TO SHOW CAUSE RE SETTLEMENT** |

In light of the Mediation Report (ECF No. 30), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than September 9, 2016**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

August 8, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**